## DARLINGTON FABRICS CORPORATION

v.

## LAMB'S EXPRESS, INC. et al.

### No. 81–474–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Gunning, LaFazia & Gnys, Inc., Netti C. Vogel, Providence, for petitioner.

Hanson, Curran & Parks, James T. Murphy, Providence, for respondents.

### ORDER

The petition for writ of certiorari and the petitioner's motion for stay are denied. The stay entered in this court on September 30, 1981 is hereby vacated.

## William M. DAVIS

v.

## W. Edward WOOD, et al.

### No. 81–448–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Providence, for petitioner.

Sean O. Coffey, Chief Legal Counsel, Dept. of Environmental Management, Providence, for respondents.

### ORDER

The petition for writ of certiorari is granted. The stay entered in this case on September 11, 1981 is continued until further order of this court.

## Joseph G. FISHBEIN

v.

## Raymond R. PEZZA et al.

### No. 81–10–Appeal.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Irving Brodsky, Providence, for plaintiff.

Raymond R. Pezza, Providence, for defendants.

### ORDER

This case comes before the court on a motion to affirm filed by the plaintiff pursuant to Rule 16(g) of the Rules of Appellate Procedure. The motion was set down for hearing to October 7, 1981.

We have examined the memoranda of the parties, as well as their briefs which had already been filed in the case, and have heard arguments of counsel. We are of the opinion that the decision of the trial court that the withholding of consent to the assignment of the lease was unreasonable is not clearly wrong. Consequently, the motion to affirm the judgment of the Superior Court is hereby granted.